UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GUALBERTO J. MELENDEZ, an individual, | Case No.: 09-CV-01394-OWWW-DLB |
| Plaintiff, | **ORDER ON JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The court, having received and reviewed the parties' Joint Stipulation for Dismissal, hereby dismisses this action with prejudice.

IT IS SO ORDERED.

Dated:  **August 12, 2010**            **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION FOR DISMISSAL

31174174v1  902407  46121